IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

V.                              Case No. 5:20-CR-50016-001

JUAN GARCIA-MALDONADO                                                          DEFENDANT

## REPORT AND RECOMMENDATION

Defendant's Motion for Relief under 28 U.S.C. § 2255 (ECF No. 56), filed on July 2, 2021, was referred by the Honorable Timothy L. Brooks, U.S. District Judge, to the undersigned for Report and Recommendation. Defendant therein alleges he requested his counsel to file an appeal on his behalf following his January 15, 2021 sentencing and entry of Judgment on January 22, 2021 (ECF No. 46), but the appeal was never filed, and the time expired. On August 2, 2021, the United States responded (ECF No. 59), conceding Defendant's Motion and recommending Defendant be re-sentenced to the same sentence to restart the clock and in so doing, provide Defendant fourteen (14) days to file an appeal.

Having reviewed the pleadings in light of the record and the Government's concession, the Court recommends Defendant's Motion for Relief be granted; the January 22, 2021 Judgment be vacated; and an Amended Judgment with an identical sentence imposed, entitling Defendant to an appeal. As postured, this matter does not require fact-finding; however, had Defendant persuaded the Court he requested an appeal, prejudice would have been presumed and re-sentencing recommended consistent with the Supreme Court's opinion in *Roe v. Flores-Ortega,* 528 U.S. 470, 484-485 (2000).

DATED this 11th day of August May 2021.

                                                 /s/     Christy Comstock
                                                 CHRISTY COMSTOCK
                                                 UNITED STATES MAGISTRATE JUDGE